**DIANNE C. KERNS, ESQ.**
**CHAPTER 13 TRUSTEE**
PMB #413
7320 NORTH LA CHOLLA #154
TUCSON AZ 85741
Telephone (520)544-9094
Fax (520)544-7894

# UNITED STATES BANKRUPTCY COURT

## IN AND FOR THE DISTRICT OF ARIZONA

In re:                 ) CHAPTER 13 PROCEEDINGS
                     )
MARINA HINDS          ) Case No.: 07-02391
                     )
RICARDO J. HINDS     ) **Application for Payment of Unclaimed**
                     ) **Funds to the U.S. Bankruptcy Court**
                     )
                     )
           Debtors        )

Dianne C. Kerns, Standing Chapter 13 Trustee of the above-captioned bankruptcy estate, reports that the following dividend checks have been issued and returned as undeliverable and/or remained uncashed, and that more than (90) days have elapsed from the dates of issuance:

| Check No. | Date Issued | Debtor/Creditor Name and Address | Amount |
|---|---|---|---|
| 141761 | 04/23/2009 | MARINA AND RICARDO HINDS<br>2320 N. SADDLEWOOD RANCH DR.<br>TUCSON, AZ 85745 | $1194.34 |
| | | **Total** | **$1194.34** |

The Trustee asks that an order be entered to Section 347(a) of the Bankruptcy Code directing the Trustee to pay over the total amount of $1194.34 to the Clerk of the Court to be deposited in the registry thereof.

Dated: 08/25/2009

**/s/ Dianne C. Kerns, #011557**
Dianne C. Kerns, Esq.
Chapter 13 Trustee

Case 4:07-bk-02391-JMM   Doc 77   Filed 08/25/09   Entered 08/25/09 11:54:53   Desc
Main Document     Page 1 of 1